AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Texas__ on the following

☐ Trademarks or  ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:22-cv-917 | DATE FILED<br>9/7/2022 | U.S. DISTRICT COURT<br>Western District of Texas |
|---|---|---|
| PLAINTIFF<br>SOVEREIGN PEAK VENTURES, LLC | | DEFENDANT<br>HP, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,925,097 | 8/2/2005 | SOVEREIGN PEAK VENTURES, LLC |
| 2 | 7,685,498 | 3/23/2010 | SOVEREIGN PEAK VENTURES, LLC |
| 3 | 8,019,169 | 9/13/2011 | SOVEREIGN PEAK VENTURES, LLC |
| 4 | 8,737,476 | 5/27/2014 | SOVEREIGN PEAK VENTURES, LLC |
| 5 | 8,971,401 | 3/3/2015 | SOVEREIGN PEAK VENTURES, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  9,042,457 | 5/26/2015 | SOVEREIGN PEAK VENTURES, LLC |
| 2  9,414,059 | 8/9/2016 | SOVEREIGN PEAK VENTURES, LLC |
| 3  9,667,972 | 5/30/2017 | SOVEREIGN PEAK VENTURES, LLC |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

Print     Save As...     Reset