IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC, § § § <br> Plaintiff, § § <br> v. § § <br> HP INC., § § <br> Defendant. § § § § | JURY TRIAL DEMANDED <br><br> C.A. NOS. 6:22-cv-917-ADA; 6:22-cv-918-ADA; 6:22-cv-919-ADA |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Sovereign Peak Ventures, LLC ("SPV" or "Plaintiff") and Defendant HP Inc. ("HP" or "Defendant") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby move for an order dismissing all claims asserted by Plaintiff against Defendant WITH PREJUDICE, with each Party to bear its own costs, expenses, and attorneys' fees. The Parties ask that the Court enter the attendant proposed Order of Dismissal.

Dated: January 13, 2023

Respectfully submitted,

/s/ *Patrick J. Conroy*
Patrick J. Conroy
Texas Bar No. 24012448
Justin Kimble
Texas Bar No. 24036909
T. William Kennedy Jr.
Texas Bar No. 24055771
Jon Rastegar
Texas Bar No. 24064043
Ryan Griffin
Texas Bar No. 24053687
**NELSON BUMGARDNER CONROY PC**
2727 North Harwood Street
Suite 250
Dallas, TX 75201
Tel: (214) 446-4954
pat@nbafirm.com
justin@nbafirm.com
bill@nbafirm.com
jon@nbafirm.com
ryan@nbafirm.com
**ATTORNEYS FOR PLAINTIFF SOVEREIGN PEAK VENTURES, LLC**

/s/ *Barry K. Shelton*
Barry K. Shelton
Texas Bar No. 24055029
bshelton@winston.com
Bradley D. Coburn
Texas Bar No. 24036377
bcoburn@winston.com
Ahtoosa Dale
Texas Bar No. 24101443
adale@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street
Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Fax: (214) 453-6400

Christopher T. Gresalfi (*pro hac vice*)
New York Bar No. 5472121
cgresalfi@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700

Rick Rambo
State Bar No. 00791479
rick.rambo@morganlewis.com
David J. Levy
State Bar No. 12264850
david.levy@morganlewis.com
Thomas R. Davis
Texas State Bar No. 24055384
thomas.davis@morganlewis.com
Melissa Story
Texas State Bar No. 24116816
melissa.story@morganlewis.com
MORGAN LEWIS & BOCKIUS, LLP
1000 Louisiana, Suite 4000
Houston, TX 77002
Telephone: (713) 890-5000
Fax: (713) 890-5001

Elizabeth M. Chiaviello
Texas Bar No. 24088913
elizabeth.chiaviello@morganlewis.com
MORGAN LEWIS & BOCKIUS, LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: (214) 466-4000
Fax: (214) 466-4001

Jason E. Gettleman (*pro hac vice*)
California Bar No. 269733
jason.gettleman@morganlewis.com
MORGAN LEWIS & BOCKIUS, LLP
1400 Page Mill Road
Palo Alto, CA 94304-1124
Telephone: (650) 843-4000
Fax: (650) 843-4001

**ATTORNEYS FOR HP INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email on January 13, 2023.

>  */s/ Patrick J. Conroy*
>  Patrick Conroy